# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LINDA L. SHAFFER,

    Plaintiff,

v.                                    CASE NO. 8:17-cv-566-T-02TGW

SERVIS ONE, INC., *et al.*,

    Defendants.
_____/

## O R D E R

Plaintiff has failed to file an amended complaint in accord with this Court's order of November 5, 2018. Dkt. 40. It is therefore ordered and adjudged that this case is dismissed with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to close the case.

**DONE AND ORDERED** at Tampa, Florida, on January 24, 2019.

                                    s/*William F. Jung*
                                    **WILLIAM F. JUNG**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record